227 U. S.   Cases Disposed of Without Consideration by the Court.

No. 164. Henry S. Redmond et al., Appellants, *v.* Paul Alexander, as Trustee in Bankruptcy of Bornn & Company. Appeal from the United States Circuit Court of Appeals for the Second Circuit. February 24, 1913. Dismissed per stipulation. *Mr. Herbert A. Heyn, Mr. C. E. Thorn* and *Mr. Chas. K. Beekman* for the appellants. *Mr. Frederick C. McLaughlin* for the appellee.

No. 700. Louis Cella, Appellant, *v.* William Henkel, United States Marshal, etc., et al.;

No. 701. Angelo Cella, Appellant, *v.* William Henkel, United States Marshal, etc., et al.; and

No. 702. Samuel Adler, Appellant, *v.* William Henkel, United States Marshal, etc., et al. Appeals from the District Court of the United States for the Southern District of New York. February 24, 1913. Dismissed with costs, on motion of counsel for the appellants. *Mr. A. S. Worthington, Mr. Chas. L. Frailey* and *Mr. Howard Taylor* for the appellants. *The Attorney General* for the appellees.

No. 770. Dan Shaw, Plaintiff in Error, *v.* The City of Atlanta. In error to the Court of Appeals of the State of Georgia. February 24, 1913. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Chas. T. Hopkins* for the plaintiff in error. No appearance for the defendant in error.

No. 840. The United States, Appellant, *v.* The Terminal Railroad Association of St. Louis et al.